**Fill in this information to identify the case:**

Debtor name ___Center for Alternative Medicine, PLLC___

United States Bankruptcy Court for the: ___District of Colorado___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:**  **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................

   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................

   $ 735,822.24

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................

   $ 735,822.24

---

**Part 2:**  **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................................

   $ 1,250,829.77

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..............................................................................

   $ 55,249.99

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................................

   +$ 204,490.01

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b

   $ 1,510,569.77

---

**Fill in this information to identify the case:**

Debtor name    Center for Alternative Medicine, PLLC

United States Bankruptcy Court for the:    District of Colorado

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Ent Credit Union Business Dividend Checking | Checking | 9  9  1  1 | $ 0.00 |
| 3.2. See continuation sheet | | | $ 1,364.41 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**                                                                  $ 1,364.41

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Center for Alternative Medicine, PLLC
          Name                          Case number *(if known)*_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $_____

8.2._____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  $_____

---

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 111,738.10 | − | 63,453.32 | = ........➔ | $ 48,284.78 |
| 11b. Over 90 days old: | 648,081.67 | − | 481,604.12 | = ........➔ | $ 166,477.55 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 214,762.33

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____  _____  $_____

14.2._____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                           % of ownership:

15.1._____  _____%  _____  $_____

15.2._____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____  _____  $_____

16.2._____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  $_____

---

Debtor _____
Center for Alternative Medicine, PLLC
Name

Case number (if known)_____

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **23. Total of Part 5** Add lines 19 through 22. Copy the total to line 84. | | | | $_____ |

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

**Schedule A/B: Assets — Real and Personal Property**

Debtor      Center for Alternative Medicine, PLLC
            _____          Case number (if known)_____
            Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Xerox VersaLink B405/DN Monochrome Multifunction Printer | $_____ | Leasehold Interest | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor      Center for Alternative Medicine, PLLC
            _____
            Name

Case number (if known)_____

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 612,195.50 | _____ | $ 519,695.50 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $ 519,695.50 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor _____Center for Alternative Medicine, PLLC_____
          Name

Case number (if known) _____

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 2505 Kachina Drive, Pueblo, Colorado 81008 | Leasehold Estate | $_____ | _____ | Unknown<br>$_____ |
| 55.2 11590 Ridgeline Drive, Colorado Springs, Colorado 80921 | Leasehold Estate | $_____ | _____ | Unknown<br>$_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website: https://pueblochiropractor.com/contact/ | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor   Center for Alternative Medicine, PLLC
         _____
         Name

Case number (if known)_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➡ $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim      _____
Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim      _____
Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $_____
_____                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                 $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor   Center for Alternative Medicine, PLLC
         _____      Case number *(if known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,364.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 214,762.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 519,695.50 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 735,822.24 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... 735,822.24   $ 735,822.24

| Debtor 1 | Center for Alternative Medicine, PLLC | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | | |
|---|---|---|---|
| **Ent Credit Union Business Dividend Checking** | **Checking** | **9910** | |

**Balance: 883.06**

| | | | |
|---|---|---|---|
| **Ent Credit Union Business Savings** | **Savings** | **9900** | |

**Balance: 481.35**

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Samsung Digital Chiropractic Digital Radiogaphic System (S/N: Unknown)** | **26,825.00** | **Comparable Sales** | **26,825.00** |
| **BTL Industries, Inc. Emtone V2 Workstation (S/N: 08400B000698)** | **20,972.50** | **Comparable Sales** | **20,972.50** |
| **Styku 3D Body Scanner Software and Computer (S/N: Unknown)** | **4,000.00** | **Comparable Sales** | **4,000.00** |
| **BTL Industries, Inc. Emface Workstation (S/N: 785F5B000505)** | **99,000.00** | **Retail** | **99,000.00** |
| **BTL Industries, Inc. Cellutone Workstation (S/N: 04400B011956)** | **9,666.00** | **Comparable Sales** | **9,666.00** |
| **Erchonia Lasers Ltd. FX-635 Laser (S/N: HPS-00265)** | **11,000.00** | **Comparable Sales** | **11,000.00** |
| **Erchonia Lasers Ltd. Zerona Z6 Laser (S/N: SHR-00281)** | **14,500.00** | **Comparable Sales** | **14,500.00** |
| **BTL Industries, Inc. 2019 Emsculpt Aesthetic System (S/N: Unknown)** | **48,987.50** | **Comparable Sales** | **48,987.50** |
| **BTL Industries, Inc. EMsella Chair (S/N: A799.** | **92,500.00** | **Upgrade for / Unusable without EmSculpt Aesthetic** | **Unknown** |

Debtor 1    Center for Alternative Medicine, PLLC        Case number *(if known)*_____

First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

**001UPG—U2)**                       **System**

| | | | |
|---|---|---|---|
| **Lumenis Be Inc. Trilift Splendor X Workstation (S/N: SPXAY22C‑091481)** | **58,497.50** | **Comparable Sales** | **58,497.50** |
| **Erchonia Lasers Ltd. EVRL Laser (S/N: EVRL‑09477)** | **5,500.00** | **Comparable Sales** | **5,500.00** |
| **Zimmer MedizinSystems Cryo 6 with Accessories (S/N: 2220012561) and Delivery System Square (S/N: 2102350603) [Sold / Operated Collectively]** | **8,922.50** | **Comparable Sales** | **8,922.50** |
| **BTL Industries, Inc. EmSculpt NEO with Small RF+HIFEM Applicators (S/N: Unknown)** | **184,999.50** | **Comparable Sales** | **184,999.50** |
| **BTL Industries, Inc. Large App Kit (S/N: 799C1B005475) and Fixation Straps (S/N: POP246702)** | | **Upgrade for / Unusable without EmSculpt Aesthetic System** | **Unknown** |
| **BTL Industries, Inc. Exilis Ultra System (S/N: Unknown)** | **26,825.00** | **Comparable Sales** | **26,825.00** |

**Fill in this information to identify the case:**

Debtor name ___ Center for Alternative Medicine, PLLC

United States Bankruptcy Court for the: ___ District of Colorado

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Amur Equipment Finance, Inc.<br><br>**Creditor's mailing address**<br>304 West 3rd Street<br>Grand Island, NE 68801<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 8/6/2022<br>**Last 4 digits of account number** 1992<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br>BTL Industries, Inc. Cellutone Workstation (S/N: 04400B011956)<br><br><br><br>**Describe the lien**<br>Consensual, Perfected Aug. 9, 2022<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 259,643.08 | $ 9,666.00 |
| **2.2** **Creditor's name**<br>Colorado Department of Revenue<br><br>**Creditor's mailing address**<br>Bankruptcy Unit, Rm 104<br>1881 Pierce Street, Lakewood, CO 80214<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 12/31/2018<br>**Last 4 digits of account number** 2142<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>  ☑ No. Specify each creditor, including this creditor, and its relative priority.<br>  [1st: CDOR (2018); 2nd: CDOR (2019); 3rd: WebBank c/o CAN Capital]<br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br>Accounts Receivable; Ent Credit Union Business Savings; Ent Credit Union Business Dividend Checking<br><br><br><br>**Describe the lien**<br>Statutory, C.R.S. 39-22-604(7)(a)<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $340.00 | $216,126.74 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 1,250,829.77

Debtor _____Center for Alternative Medicine, PLLC_____
       Name

Case number *(if known)* _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Colorado Department of Revenue

_____

**Creditor's mailing address**

Bankruptcy Unit, Rm 104

1881 Pierce Street, Lakewood, CO 80214

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/31/2019
**Last 4 digits of account number**   2142

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**
Accounts Receivable; Ent Credit Union Business Savings; Ent Credit Union Business Dividend Checking

$1,902.00         $216,126.74

**Describe the lien**
Statutory, C.R.S. 39-22-604(7)(a)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name
De Lage Landen Financial Services, Inc.

_____

**Creditor's mailing address**

1111 Old Eagel School Road

Wayne, PA 19087

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   3/12/2020
**Last 4 digits of account number**   5063

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Samsung Digital Chiropractic Digital Radiographic System (S/N: Unknown)

$28,287.72         $26,825.00

**Describe the lien**
Consensual, Perfected Oct. 2, 2020

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____
     Center for Alternative Medicine, PLLC
       Name

Case number *(if known)* _____

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Dext Capital, LLC
_____

Creditor's mailing address
_____
5285 Meadows Road, Suite 335
Lake Oswego, OR 97035
_____

Creditor's email address, if known
_____

Date debt was incurred   9/17/2022
Last 4 digits of account number   3691

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Zimmer MedizinSystems Cryo 6 with Accessories (S/N: 2220012561) and Delivery System Square (S/N: 2102350603) [Sold / Operated Collectively], Lumenis Be Inc. Trilift Splendor X Workstation (S/N: SPXAY22C-091481)

Describe the lien
Consensual, Perfected Oct. 14, 2022

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$142,670.04     $67,420.00

---

**2.6** Creditor's name
NEC Financial Services, LLC
_____

Creditor's mailing address
_____
250 Pehle Avenue, Suite 203
Saddle Brook, NJ 07663
_____

Creditor's email address, if known
_____

Date debt was incurred   8/9/2022
Last 4 digits of account number   1346

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
BTL Industries, Inc. Emface Workstation (S/N: 785F5B000505)

Describe the lien
Consensual, Perfected Aug. 9, 2022

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$124,732.92     $99,000.00

---

Debtor ___Center for Alternative Medicine, PLLC___
        Name

Case number *(if known)* _____

| Part 1: | **Additional Page** | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
North Mill Credit Trust

_____

**Creditor's mailing address**

9 Executive Circle, Suite 230
Irvine, CA 92614

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 12/20/2020
**Last 4 digits of account number** 0711

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

BTL Industries, Inc. Large App Kit (S/N: 799C1B005475) and Fixation Straps (S/N: POP246702), BTL Industries, Inc. Emtone V2 Workstation (S/N: 08400B000698)

**Describe the lien**

Consensual, Perfected Jan. 8, 2021

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $133,432.46   Column B: $20,972.50

---

**2.8** **Creditor's name**
Pawnee Leasing Corporation

_____

**Creditor's mailing address**

3801 Automation Way, Suite 207
Fort Collins, CO 80525

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 12/9/2021
**Last 4 digits of account number** 8254

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

BTL Industries, Inc. EmSculpt NEO with Small RF+HIFEM Applicators (S/N: Unknown), BTL Industries, Inc. Exilis Ultra System (S/N: Unknown)

**Describe the lien**

Consensual, Perfected  Dec. 14, 2021

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $267,851.52   Column B: $211,824.50

---

Debtor _____
Name  Center for Alternative Medicine, PLLC

Case number *(if known)* _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name
Pawnee Leasing Corporation
_____

Creditor's mailing address

3801 Automation Way, Suite 207
Fort Collins, CO 80525
_____

Creditor's email address, if known
_____

Date debt was incurred  3/19/2020
Last 4 digits of account number  5198

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

BTL Industries, Inc. EMsella Chair (S/N: A799.001UPG-U2)

$52,495.22          $ Unknown

**Describe the lien**

Consensual, Perfected Mar. 20, 2020

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
Stearns Bank, N.A.
_____

Creditor's mailing address

Attn: Equipment Finance Division
500 13th Street, P.O. Box 750, Albany, MN
_____

Creditor's email address, if known
_____

Date debt was incurred  5/10/2019
Last 4 digits of account number  _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Styku 3D Body Scanner Software and Computer (S/N: Unknown)

$ Unknown          $ 4,000.00

**Describe the lien**

Consensual, Perfected May 10, 2019

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____
Name   Center for Alternative Medicine, PLLC

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**
Stearns Bank, N.A.

_____

**Creditor's mailing address**

Attn: Equipment Finance Division
500 13th Street, P.O. Box 750, Albany, MN

**Creditor's email address, if known**

_____

**Date debt was incurred**   10/3/2018
**Last 4 digits of account number**   3001

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Erchonia Lasers Ltd. EVRL Laser (S/N: EVRL-09477), Erchonia Lasers Ltd. FX-635 Laser (S/N: HPS-00265), Erchonia Lasers Ltd. Zerona Z6 Laser (S/N: SHR-00281)

$25,271.48        $31,000.00

**Describe the lien**
Consensual, Perfected Nov. 30, 2018

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** **Creditor's name**
Stearns Bank, N.A.

_____

**Creditor's mailing address**

Attn: Equipment Finance Division
500 13th Street, P.O. Box 750, Albany, MN

**Creditor's email address, if known**

_____

**Date debt was incurred**   8/27/2019
**Last 4 digits of account number**   3003

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

BTL Industries, Inc. 2019 Emsculpt Aesthetic System (S/N: Unknown)

$108,008.47        $48,987.50

**Describe the lien**
Consensual, Perfected Aug. 29, 2019

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Center for Alternative Medicine, PLLC | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)*_____

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** Creditor's name
WebBank
_____

**Creditor's mailing address**

care of CAN Capital, Inc., as Servicer
_____
2015 Vaughn Road, NW, Building 500, Ken
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   6/2/2022
**Last 4 digits of account number**   8017

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**

Accounts Receivable; Ent Credit Union Business Savings; Ent Credit Union Business Dividend Checking

$106,194.86    $216,126.74

**Describe the lien**

Consensual, Perfected Jun. 6, 2022

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Center for Alternative Medicine, PLLC
_____
         Name

Case number (if known)_____

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Dext Capital, LLC<br>5285 Meadows Road, Suite 335<br>Lake Oswego, OR, 97035 | Line 2. 6 | 1346 |
| MMP Capital, LLC<br>19 Engineers Lane<br>Farmingdale, NY, 11735 | Line 2. 1 | 1992 |
| MMP Capital, LLC<br>19 Engineers Lane<br>Farmingdale, NY, 11735 | Line 2. 5 | 3691 |
| MMP Capital, LLC<br>19 Engineers Lane<br>Farmingdale, NY, 11735 | Line 2. 6 | 1346 |
| MMP Capital, LLC<br>19 Engineers Lane<br>Farmingdale, NY, 11735 | Line 2. 7 | 0711 |
| North Mill Credit Trust<br>9 Executive Circle, Suite 230<br>Irvine, CA, 92614 | Line 2. 1 | 1992 |
| Tandem Finance Inc.<br>3801 Automation Way, Suite 207<br>Fort Collins, CO, 80525 | Line 2. 8 | 8254 |
| Tandem Finance Inc.<br>3801 Automation Way, Suite 207<br>Fort Collins, CO, 80525 | Line 2. 9 | 5198 |
| WebBank<br>215 State Street, Suite 1000<br>Salt Lake City, UT, 84111 | Line 2. 13 | 8017 |
|  | Line 2. __ |  |
|  | Line 2. __ |  |
|  | Line 2. __ |  |
|  | Line 2. __ |  |
|  | Line 2. __ |  |

**Fill in this information to identify the case:**

Debtor _____ Center for Alternative Medicine, PLLC _____

United States Bankruptcy Court for the: _____ District of Colorado _____

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Colorado Department of Public Health and Environment<br>4300 Cherry Creek Drive South<br><br>Denver, CO, 80246 | **As of the petition filing date, the claim is:** $ 58.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 58.00 |
| | **Date or dates debt was incurred**<br>2023 | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** 9069 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA, 19101-7346 | **As of the petition filing date, the claim is:** $ 55,041.99<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $ 55,041.99 |
| | **Date or dates debt was incurred**<br>2021-2022 | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** 0370 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Pueblo Finance Department<br>Attn: Sales Tax Division<br>P.O. Box 1427<br>Pueblo, CO, 81002 | **As of the petition filing date, the claim is:** $ 150.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 100.00 |
| | **Date or dates debt was incurred**<br>2022-2023 | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** 8276 | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |

Debtor ___Center for Alternative Medicine, PLLC_____   Case number *(if known)* _____
         Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

**3.1** | **Nonpriority creditor's name and mailing address**
Capital One
P.O. Box 31293

Salt Lake City, UT, 84131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 56,473.02

**Date or dates debt was incurred**   11/7/2019
**Last 4 digits of account number**   7569

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Chem Way Inc.
dba Chem-Way Lawn Care
1017 South Santa Fe Avenue
Pueblo, CO, 81006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 209.85

**Date or dates debt was incurred**   5/12/2023
**Last 4 digits of account number**   2957

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Elan Financial Services
c/o Ent Credit Union Cardmember Service
P.O. Box 6335
Fargo, ND, 58125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 44,879.77

**Date or dates debt was incurred**   3/1/2013
**Last 4 digits of account number**   2643

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Ent Credit Union
P.O. Box 15819

Colorado Springs, CO, 80935

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured Loan Repayments

$ 25,000.00

**Date or dates debt was incurred**   4/14/2017
**Last 4 digits of account number**   0001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
IOU Financial Inc.
600 TownPark Lane, Suite 100

Kennesaw, GA, 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured Loan Repayments

$ 73,041.42

**Date or dates debt was incurred**   1/27/2023
**Last 4 digits of account number**   1140

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
SECOM, Inc.
27850 Harris Road

La Junta, CO, 81050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Telephone / Internet services

$ Unknown

**Date or dates debt was incurred**   5/15/2023
**Last 4 digits of account number**   0905

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __Center for Alternative Medicine, PLLC_____
          Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7  **Nonpriority creditor's name and mailing address**

USConnect Acquisitions V, LLC
dba CMS IP Technologies
503 North Main Street, Suite 350
Pueblo, CO, 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,766.67

Date or dates debt was incurred     4/1/2023

Last 4 digits of account number     3908

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8  **Nonpriority creditor's name and mailing address**

Vital Records Control
2784 Steel Drive

Colorado Springs, CO, 80907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 931.46

Date or dates debt was incurred     5/1/2023

Last 4 digits of account number     8801

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9  **Nonpriority creditor's name and mailing address**

Xerox Business Solutions Southwest
8200 I-10 West, Suite 400

San Antonio, TX, 78230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 187.82

Date or dates debt was incurred     5/23/2023

Last 4 digits of account number     M16L

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____
              Center for Alternative Medicine, PLLC
              Name

Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Lewan & Associates, Inc. dba  Xerox Business Solutions Southwest 8530 Concord Center Drive, Suite 400 Englewood, CO, 80112 | Line 3.9 ☐ Not listed. Explain: | M16L |
| 4.2. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.3. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.4. | | Line ____ ☐ Not listed. Explain | _____ |
| 41. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.5. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.6. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.7. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.8. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.9. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.10. | | Line ____ ☐ Not listed. Explain | _____ |
| 4.11. | | Line ____ ☐ Not listed. Explain | _____ |

Debtor __Center for Alternative Medicine, PLLC__
      Name

Case number (*if known*)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 55,249.99 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 204,490.01 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 259,740.00 |

**Fill in this information to identify the case:**

Debtor name __Center for Alternative Medicine, PLLC__

United States Bankruptcy Court for the: __District of Colorado__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | WebBank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | Amur Equipment Finance, | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | NEC Financial Services, L | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | Pawnee Leasing Corporal | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | Pawnee Leasing Corporal | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | Elan Financial Services | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Center for Alternative Medicine, PLLC | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | North Mill Credit Trust | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | De Lage Landen Financial Services, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | IOU Financial Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | Dext Capital, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | Stearns Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | Stearns Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Theodore W. Davis | 2505 Kachina Drive\rPueblo, CO 81008 | Capital One | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |