UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>CENTER FOR ALTERNATIVE<br>MEDICINE, PLLC,<br><br>      Debtor. | Case No. 23-12482-JGR<br><br>Chapter 11<br>(Subchapter V) |

**ORDER SETTING HEARING ON DEBTOR'S MOTION FOR EXPEDITED ENTRY OF ORDERS**

  **THIS MATTER** having come before the Court on the *Motion for Expedited Entry of Orders and Notice of Impending Hearing Thereon* ("Motion"), filed by Center for Alternative Medicine, PLLC, Debtor-in-Possession within the above captioned bankruptcy case ("Debtor"), on June 28, 2023. The Court having reviewed the Motion, the *Affidavit of Theodore W. Davis Pursuant to L.B.R. 2081-1(a)(3)* attached thereto, and being otherwise sufficiently advised in the premises, does hereby

  **ORDER** that the Motion is **GRANTED**. Therefore, the Court does hereby

  FURTHER ORDER that an expedited telephonic hearing to consider the Debtor's Motion for Entry of Interim Order to Authorize Use of Cash Collateral and Provide Adequate Protection filed June 28, 2023 (Docket #33) shall be held on **Wednesday, July 5, 2023 at 2:00 p.m.,** Courtroom B, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508.

  IT IS FURTHER ORDERED that Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line: Dial **833-435-1820 US Toll-free or 833-568-8864 US Toll-free**, a few minutes prior to commencement of the hearing and Enter the Meeting ID: **161 324 5580**.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call 720-904-7300 and leave a name and the telephone number where you can be reached and the Court will return the call.

DATED: June 29, 2023

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge