## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>CENTER FOR ALTERNATIVE MEDICINE, PLLC,<br>EIN: 46-1990370<br><br>Debtor. | Case No. 23-12482-JGR<br>Chapter 11, Subchapter V |

## NOTICE OF TELEPHONIC PRELIMINARY HEARING

THIS MATTER comes before the Court on the Unopposed Motion for Entry of Revised Order, filed by the Debtor on August 1, 2023 (Doc. 68). The Court, having reviewed the file and pleadings, hereby

**ORDERS**:

A preliminary hearing to consider the matter will be held on **Thursday, August 3, 2023, at 1:00 p.m., in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

Counsel/parties shall appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **833-568-8864 US Toll-free or 833-435-1820 US Toll Free**, a few minutes prior to commencement of the hearing. It is a computerized system, and you will be prompted to input a Meeting ID. The Meeting ID is: **161 324 5580.** You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's case management team at 720-904-7300 and leave a name and the telephone number where you can be reached, and the Court will return the call.

Dated this  1st  day of   August  , 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge