IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Center for Alternative Medicine, PLLC, ) | Case No. 23-12482-JGR |
| EIN: 46-1990370 ) | Chapter 11 Subchapter V |
| Debtor(s). ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Local Bankruptcy Rule 9010-4, notice is hereby given that Lila Bateman of the United States Attorney's Office shall be substituted in the place of Lauren Dickey, who has previously entered an appearance in the bankruptcy case as counsel for the Secretary of Health and Human Services. All future pleadings and other papers in the above-referenced bankruptcy matter should be served upon the U.S. Attorney's Office at the address listed below:

Respectfully submitted this September 20, 2023.

*s/ Lila Bateman*
LILA BATEMAN
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: lila.bateman@usdoj.gov

*s/ Lauren Dickey*
LAUREN DICKEY
Exiting Attorney for
Secretary of Health and Human Services
United States Attorney's Office
District of Colorado
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: 303-454-0100

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was filed electronically via CM/ECF and delivered via CM/ECF to all parties in interest who have requested notice pursuant to the CM/ECF system.

*s/Megan Ingebrigtsen*
U.S. Attorney's Office